## BOND ET AL. V. FIRST NATIONAL BANK OF SANTA FE.

The bar arising from the lapse of time within which an appeal can be taken is a vested right and beyond the reach of subsequent legislation.

*Error to District Court of Las Animas County.*

MOTION to dismiss writ of error.

Mr. S. S. WALLACE, for defendant in error.

Messrs. J. W. HORNER, R. D. THOMPSON and YEAMAN & JOHN, *contra.*

ELBERT, J. Judgment in this case was rendered May 24th, 1878, and the six months within which an appeal could be taken, as the law then stood, had elapsed prior to the passage of the act of February 24, 1879.

The case in no respect differs from the case of *Willoughby* v. *George,* decided at the present term. The bar arising from the lapse of time within which an appeal could be taken had attached and was a vested right, and beyond the reach of subsequent legislation. The writ must be dismissed.

*Dismissed.*